538

*Key,* and *Erwin N. Griswold* for respondent.

No. 881. SHAPIRO *v.* WILGUS ET AL. May 16, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Jacob Weinstein* and *Francis Biddle* for petitioner. *Mr. Sidney E. Smith* for respondents.

No. 789. SOLEZ *v.* ZURICH GENERAL ACCIDENT & LIABILITY INS. CO., LTD. May 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Frederic R. Coudert* and *Percy A. Shay* for petitioner. *Mr. Russell T. Mount* for respondent.

No. 874. SUN OIL CO. *v.* DALZELL TOWING CO., INC. May 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Russell T. Mount* for petitioner. *Mr. Chauncey I. Clark* for respondent.

No. 877. BROOKLYN EASTERN DISTRICT TERMINAL *v.* UNITED STATES. May 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Oscar R. Houston* and *Leonard J. Matteson* for petitioner. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and *Messrs. Whitney North Seymour, J. Frank Staley,* and *Wm. H. Riley, Jr.,* for the United States.

No. 885. ELTING, COLLECTOR OF CUSTOMS, *v.* NORTH GERMAN LLOYD. May 23, 1932. Petition for writ of

certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Bradley B. Gilman* for petitioner. *Mr. Melville J. France* for respondent.

No. 888. GRAU *v.* UNITED STATES. May 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Stephen L. Blakely* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 902. LLOYD SABAUDO SOCIETA ANONIMA PER AZIONI *v.* ELTING, COLLECTOR OF CUSTOMS. May 23, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Delbert M. Tibbetts* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Bradley B. Gilman* for respondent.

No. 920. SGRO *v.* UNITED STATES. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Irving K. Baxter* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 979. GEBARDI ET AL. *v.* UNITED STATES. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Wm. F.*